UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 DEC -2  P 2: 42

| | |
|---|---|
| THE TRAVEL COMPANION, LLC, | CIVIL ACTION |
| Plaintiff, | NO. 3:03 CV 0289 (DJS) |
| v. | |
| FIRST NATIONAL BANK OF OMAHA, | |
| Defendant. | |

### STIPULATION FOR MODIFICATION OF SCHEDULING ORDER

The Parties stipulate that the dates set forth in the August 15, 2003 Scheduling Order be moved forward 45 days, so that:

1. Discovery, including all discovery relating to expert witnesses, will be completed by February 27, 2004;

2. Depositions of the Plaintiff's experts shall be completed by January 30, 2004;

3. Reports from Defendant's experts shall be completed by February 2, 2004;

4. Depositions of Defendant's experts shall be completed by February 27, 2004;

5. Dispositive motions, if any, will be filed by February 27, 2004;

7. A joint trial memorandum shall be filed by March 18, 2004;

8. This case shall be trial ready April 19, 2004.

01-525669.1

Dated this 2 day of ~~November~~ December, 2003.

                            FIRST NATIONAL BANK OF OMAHA,
                            Defendant

                            By: _____
                                 Calum B. Anderson
                                 Federal Bar No.: ct07611
                                 DAHAHER, TEDFORD, LAGNESE
                                 & NEAL, P.C.
                                 21 Oak Street
                                 Hartford, CT 06106
                                 (860) 247-3666
                                 canderson@dtln.com

                                 and

                                 Richard P. Jeffries #ct24725
                                 Kutak Rock LLP
                                 The Omaha Building
                                 1650 Farnam Street
                                 Omaha, NE 68102-2186
                                 (402) 346-6000

                                 and

                            THE TRAVEL COMPANY, LLC, Plaintiff

                            By: _____
                                 Gerald P. Sack, Esq.
                                 Sack, Spector & Karsten
                                 836 Farmington Avenue
                                 West Hartford, CT 06119

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 2nd day of December, 2003 to the following:

Gerald P. Sack, Esq.
SACK, SPECTOR & KARSTEN
836 Farmington Avenue
West Hartford, CT 06119
(860) 233-8251

Richard P. Jeffries, Esq.
KUTAK ROCK, LLP
The Omaha Building
1650 Farnum Street
Omaha, NE 68102-2186

_____
Calum B. Anderson