UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**THE TRAVEL COMPANION, LLC** :
    **Plaintiff**

v. : CIVIL NO.: 3:03cv289(DJS)

**FIRST NATIONAL BANK OF OMAHA** :
    **Defendant**

**ORDER**

The Stipulation for Modification of Scheduling Order (Doc. #26) is hereby **GRANTED**. All discovery, including all discovery relating to expert witnesses will be completed by **February 27, 2004.** Dispositive motions shall be filed by **February 27, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **March 18, 2004**. This case shall be trial ready **April, 2004.** All depositions and reports of plaintiff and defendant's experts shall be due on the dates indicated in said motion for extension of time.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this __14th__ day of January, 2004.


                                         /s/DJS
                                        Dominic J. Squatrito
                                        United States District Judge