

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE TRAVEL COMPANION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF OMAHA,<br><br>Defendant. | CASE NO. 3:03 cv 0289 (DJS)<br><br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

COMES NOW, Defendant First National Bank of Omaha ("First National"), pursuant to FED. R. CIV. P. 12(b)(6) and 56(b) and Connecticut Local Rule 56.1, and hereby moves the Court for an Order granting summary judgment dismissing the Complaint (Filing No. 1) filed by Plaintiff The Travel Companion ("TTC") for the reason that there is no genuine issue of material fact and First National is entitled to judgment as a matter of law.

First National has also filed an accompanying Memorandum of Law and Local Rule 56 (a) (1) Statement to the Court.

Dated this 27 day of February, 2004.

01-482014.2

FIRST NATIONAL BANK OF OMAHA,
Defendant

By _____/s/ Calum B. Anderson_____
Calum B. Anderson
Federal Bar No.: ct07611
DAHAHER, TEDFORD, LAGNESE &
NEAL, P.C.
21 Oak Street
Hartford, CT 06106
(860) 247-3666
canderson@dtln.com

and

Richard P. Jeffries #ct24725
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **MOTION** was sent via United States first-class mail, postage prepaid, this 27 day of February, 2004 to the following:

Gerald P. Sack, Esq.  
Sack, Spector & Karsten  
836 Farmington Avenue  
West Hartford, CT 06119

Richard P. Jeffries  
Kutak Rock LLP  
1650 Farnam Street  
Omaha, NE 68102

_____  
Calum B. Anderson