**FILED**

2004 MAR 15 P 2: 29

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE TRAVEL COMPANION, LLC | : | CIVIL ACTION |
| | : | NO. 3:03 CV 0289(DJS) |
| VS. | : | |
| | : | |
| FIRST NATIONAL BANK OF OMAHA | : | MARCH 12, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiff moves that the dates set forth in the August 15, 2003 Scheduling Order be moved as follows:

1. Plaintiff's response to defendant's February 27, 2004 Motion for Summary Judgment shall be filed by April 22, 2004;

2. A joint trial memorandum shall be filed within thirty (30) days after the decision on defendant's Motion for Summary Judgment;

3. This case shall be trial ready June 22, 2004 unless a dispositive motion is pending.

Despite diligent efforts on the part of the plaintiff, additional time will be required to respond to the defendant's Motion for Summary Judgment.

Defense counsel, Richard P. Jeffries and Calum B. Anderson, have been contacted and have no objection to the granting of this motion.

PLAINTIFF
THE TRAVEL COMPANION, LLC.

By_____
    Gerald S. Sack
    Sack, Spector & Karsten
    836 Farmington Avenue
    West Hartford, CT  06119
    (860) 233-8251
    Federal Bar #ct05279

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on this _12th_ day of March, 2004, to the following counsel of record:

R. Cornelius Danaher, Jr., Esq.
Calum B. Anderson, Esq.
Danaher, Tedford, Lagnese & Neal, P.C.
21 Oak Street
Hartford, CT  06106

Richard P. Jeffries, Esq.
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186

_____
Gerald S. Sack

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776