UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **THE TRAVEL COMPANION, LLC** : <br>     **Plaintiff** | |
| v.                                        : | CIVIL NO.: 3:03cv289(DJS) |
| **FIRST NATIONAL BANK OF OMAHA** : <br>     **Defendant** | |

### ORDER

The Motion for Modification of Scheduling Order (Doc. #31) is hereby **GRANTED**. The plaintiff shall respond to the defendant's summary judgment by **April 22, 2004**. The parties joint trial memorandum shall be due 30 days after the decision on the summary judgment.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this ___19th___ day of March, 2004.


                                                /s/DJS
                                                Dominic J. Squatrito
                                                United States District Judge