FILED

2004 APR 22  A 11: 20

US DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE TRAVEL COMPANION, LLC | : | CIVIL ACTION |
| | : | NO. 3:03 CV 0289(DJS) |
| VS. | : | |
| | : | |
| FIRST NATIONAL BANK OF OMAHA | : | APRIL 21, 2004 |

### Plaintiff's Motion for Enlargement of Time

Pursuant to D. Conn. L. Civ. R. 9(b), the plaintiff, The Travel Companion, LLC, respectfully moves for a one-week enlargement of time, to April 29, 2004, in which to respond to defendant's Motion for Summary Judgment dated February 27, 2004. This enlargement of time is necessary as the undersigned has just concluded a trial in the New Hampshire District Court entitled Junsong Hong v. New Hampton School, et al., Docket No. CV 02-211-SJM and has not been available to thoroughly prepare the response.

This is the second request for extension filed by plaintiff.

Plaintiff's counsel has attempted to reach defendant's counsel, Richard P. Jeffries and Calum B. Anderson, to ascertain their position on the requested enlargement of time; however, as of the time of service of this motion he has not yet heard back.

PLAINTIFF
THE TRAVEL COMPANION, LLC.

By _____
Gerald S. Sack
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
(860) 233-8251
Federal Bar #ct05279

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on this 21st day of April, 2004, to the following counsel of record:

R. Cornelius Danaher, Jr., Esq.
Calum B. Anderson, Esq.
Danaher, Tedford, Lagnese & Neal, P.C.
21 Oak Street
Hartford, CT 06106

Richard P. Jeffries, Esq.
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

_____
Gerald S. Sack