UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **THE TRAVEL COMPANION, LLC** : | |
|     **Plaintiff** | |
| | |
| v. : | CIVIL NO.: 3:03cv289(DJS) |
| | |
| **FIRST NATIONAL BANK OF OMAHA** : | |
|     **Defendant** | |

**ORDER**

Plaintiff's Motion for Enlargement of Time (Doc. #33) is hereby **GRANTED**. The plaintiff shall respond to the defendant's summary judgment by **April 29, 2004**. The parties joint trial memorandum shall be due 30 days after the decision on the summary judgment.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __26th__ day of April, 2004.

                                        /s/DJS
                                        Dominic J. Squatrito
                                        United States District Judge