UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE TRAVEL COMPANION, LLC : | |
| : | |
| Plaintiff, : | CASE NO.: 3:03 CV 0289(DJS) |
| : | |
| v. : | |
| : | |
| FIRST NATIONAL BANK OF OMAHA : | |
| : | |
| Defendant. : | MAY 4, 2004 |

### FIRST NATIONAL BANK OF OMAHA'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to L. Civ. R. 7(b), the defendant, First National Bank of Omaha ("FNBO") respectfully requests an extension of time until Tuesday, May 19, 2004 to reply to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment ("Opposition") dated April 29, 2004. As grounds for this motion the defendant states that, due to counsel's schedule, a short period of additional is required to draft a reply.

Counsel for FNBO has inquired of Gerald S. Sack, Esq., counsel for the plaintiff, and he has no objection to the motion.

This is FNBO's first request for an extension of time within which to file a reply brief.

CBA//428125.1

DEFENDANT,

FIRST NATIONAL BANK OF OMAHA

BY _____
Calum B. Anderson
Federal Bar No.: ct07611
DANAHER, TEDFORD, LAGNESE
 & NEAL, P.C.
21 Oak Street
Hartford, CT 06106
(860) 247-3666
canderson@dtln.com

Richard P. Jeffries
Admitted pro hac vice
KUTAK ROCK, LLP
The Omaha Building
1650 Farnum Street
Omaha, NE 68102-2186
richard.jeffries@kutakrock.com

CBA//428125.1

## CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 4th day of May, 2004 to the following:

Gerald P. Sack, Esq.
SACK, SPECTOR & KARSTEN
836 Farmington Avenue
West Hartford, CT 06119
(860) 233-8251

Richard P. Jeffries, Esq.
KUTAK ROCK, LLP
The Omaha Building
1650 Farnum Street
Omaha, NE 68102-2186

_____
Calum B. Anderson

CBA//428125.1