UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**THE TRAVEL COMPANION, LLC** :
    **Plaintiff**

v. : CIVIL NO.: 3:03cv289(DJS)

**FIRST NATIONAL BANK OF OMAHA** :
    **Defendant**

### ORDER

First National Bank of Omaha's Motion for Extension of Time (Doc. #37) to reply to opposition to motion for summary judgment is hereby **GRANTED to and including May 19, 2004**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  6th   day of May, 2004.

        /s/DJS
        Dominic J. Squatrito
        United States District Judge