UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE TRAVEL COMPANION, LLC<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv289(DJS) |
| FIRST NATIONAL BANK OF OMAHA<br>    Defendant | : |

### ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiff moving to reopen the case on or before **October 22, 2004**. If the plaintiff does not move to reopen the case on or before **October 22, 2004**, the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   22nd   day of September, 2004.

　　　　　　　　　　　　　　　　　　　　　　/s/DJS
　　　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　　　United States District Judge